IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY M. DUNKLE, et al. | ) |
| | ) |
| v. | ) NO. 3-11-1242 |
| | ) JUDGE CAMPBELL |
| THE BANK OF NEW YORK MELLON, | ) |
| et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 35), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion to Dismiss (Docket No. 8) is DENIED, and Plaintiffs' Motion to Remand (Docket No. 12) is also DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE