IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JEFFREY M. DUNKLE, et al. )
)
v. ) NO. 3-11-1242
) JUDGE CAMPBELL
THE BANK OF NEW YORK MELLON, )
et al. )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 70), Plaintiffs' Objections thereto (Docket No. 74), and Defendants' Response to Plaintiffs' Objections (Docket No. 75). The Court has reviewed the Report and Recommendation, the Objections, the Response, and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiffs' Motion for Summary Judgment (Docket No. 56) is DENIED, and Defendants' Motion for Summary Judgment (Docket No. 58) is GRANTED. This action is DISMISSED, and the Clerk is directed to close the file. Any other pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE